UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. QUILLING, | No. 2:13-cv-0384 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| G. SWARTHOUT, | |
| Respondent. | |

Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request (ECF. No. 16) is granted.

Dated: September 16, 2013

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quil0384.101b

1