1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN M. QUILLING,                      No.  2:13-cv-0384 KJM CKD P

12                 Petitioner,

13          v.                                ORDER

14   G. SWARTHOUT,

15                 Respondent.

16

17          Petitioner has filed a request to proceed in forma pauperis on appeal.  Good cause

18   appearing, IT IS HEREBY ORDERED that plaintiff's request (ECF. No. 16) is granted.

19   Dated:  September 16, 2013

20                                            _____
                                             CAROLYN K. DELANEY
21                                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25   2 / quil0384.101b

26

27

28

                                             1